683 A.2d 288

COMMONWEALTH of Pennsylvania, Respondent,

v.

Robert FALANA, Petitioner.

Supreme Court of Pennsylvania.

Oct. 7, 1996.

John W. Packel, Karl L. Morgan, Philadelphia, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 7th day of October, 1996, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether there was sufficient evidence to support petitioner's conviction for contempt of court. This matter is to be consolidated for purposes of oral argument with *Behr v. Tereshko & Franklin,* No. 51 E.D. Appeal Docket 1996.